UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Banco Credit Suisse (Mexico), S.A. et al.,<br><br>                           Petitioner,<br><br>               v.<br><br>Macias Gutierrez Moyano,<br><br>                           Respondent. | 25-CV-1160 (DEH)<br><br>**SCHEDULING ORDER** |

DALE E. HO, United States District Judge:

On February 10, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **February 26, 2025**. Respondent's opposition, if any, is due on **March 5, 2025**. Petitioners' reply, if any, is due **March 12, 2025**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **February 26, 2025**, and shall file an affidavit of such service with the court no later than **February 28, 2025**.

SO ORDERED.

Dated: February 12, 2025
New York, New York

                                                      DALE E. HO
                                        United States District Judge