UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Banco Credit Suisse (Mexico), S.A. et al., |
| Plaintiffs, |
| v. |
| Luis Macias Gutierrez Moyano, |
| Defendant(s). |

25-CV-1160 (DEH)

ORDER

DALE E. HO, United States District Judge:

On February 26, 2025, Petitioners requested that this Court issue a Preliminary Injunction and Temporary Restraining Order enjoining Respondent from, *inter alia*, continuing to litigate a related lawsuit against Petitioners in the Mexican Federal Labor Court. *See* ECF Nos. 11-15.

It is hereby ORDERED that, **by Thursday, February 27, 2025**, Petitioners shall serve the following documents on Respondent electronically and by Federal Express: (1) Petitioners' Petition to Confirm Arbitration and its supporting papers, ECF Nos. 1-4; (2) Petitioners' request for a Preliminary Injunction and Temporary Restraining Order and the papers supporting that request, ECF Nos. 11-15; and (3) a copy of this Order. Plaintiff shall file proof of service on the docket **by Friday, February 28, 2025**.

Respondent may file papers in opposition to Petitioners' request for a Temporary Restraining Order **by Monday, March 3, 2025**.

2

It is further **ORDERED** that Respondent appear and show cause before this Court **on March 5, 2025, at 1:00 P.M. EST**, why this Court should not grant Petitioners' request for a Preliminary Injunction and Temporary Restraining Order. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 978 402 458 followed by the pound (#) key.

SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                                                       DALE E. HO
                                                    United States District Judge