UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| BANCO CREDIT SUISSE (MEXICO), S.A. and CASA DE BOLSA CREDIT SUISSE (MEXICO) S.A. DE C.V.<br><br>    Petitioners,<br><br>- against -<br><br>LUIS MACIAS GUTIERREZ MOYANO,<br><br>    Respondent. | Case No. 25 Civ. 01160 (DEH)<br><br>Judge Dale E. Ho<br><br>**ORDER IN RESPECT OF MOTION FOR PRELIMINARY INJUNCTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Upon (a) the Petition of Petitioners Banco Credit Suisse (Mexico) S.A. and Casa de Bolsa Credit Suisse (Mexico) S.A. de C.V. (together, "Petitioners") to Confirm an Arbitral Award and Petitioner's Motion for a Preliminary Injunction and a Temporary Restraining Order in aid of arbitration against the Respondent Luis Macias Gutierrez Moyano ("Respondent"), and the Exhibits annexed thereto, (b) the Declaration of Attorney Scott J. Splittgerber in Support of the Petition and Order to Show Cause, and the Exhibits annexed thereto, (c) the Declaration of Rafael Sanchez-Navarro Coraza, an attorney licensed to practice in the courts of Mexico, and (d) the accompanying memorandum of law in support of Petitioners' Order to Show Cause and Petition to Confirm the Arbitral Award and for a Preliminary Injunction and Temporary Restraining Order, and all other pleadings and proceedings heretofore had herein, including the hearing held before the Court on March 5, 2025; and

WHEREAS the Court issued an Order on March 6, 2025 (ECF No. 20), temporarily restraining and enjoining Respondent from, *inter alia*, continuing, pursuing or prosecuting his current lawsuit against the Petitioners in the Mexican Federal Labor Court; and

WHEREAS Petitioners served Respondent and his agents and attorneys in the manner Ordered by the Court; and

WHEREAS Respondent, or his attorney(s), had until March 12, 2025, at 5:00 p.m. to file any opposition to Petitioner's Request for a Preliminary Injunction, but failed to do so;

**IT IS HEREBY ORDERED** that Respondent (including his attorneys and/or any other agents) is preliminarily and permanently enjoined from pursuing or prosecuting his current lawsuit against the Petitioners in the Mexican Federal Labor Court, and from commencing or prosecuting any other such action against Petitioners outside of an additional arbitration between the parties regarding the underlying merits before the ICC (the "Merits Arbitration") that arises out of or relates to Respondent's claims for compensation in connection with certain contingent deferred compensation awards issued to Respondent under the Credit Suisse Group AG Master Share Plan during his periods of employment with Petitioners and confirmed in the separation agreement he entered into departing his employment (the "Claims"), pending the conclusion of the Merits Arbitration; and

**IT IS FURTHER ORDERED** that service of this Order shall be made on Respondent on or before March 21, 2025, in the following manner, which shall constitute good and sufficient service of this Order, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure:

(a) by Email to the email addresses listed below for (i) Respondent, individually, (ii) the law firm of Abascal Flores & Segovia and the attorneys of the firm representing Respondent in the Arbitration, and (iii) the law firm of Diez de Bonilla, Kuri y Asociados, S.C. and the attorneys of the firm representing Respondent in his lawsuit against Petitioners in the Mexican Federal Labor Court:

      i.    Luis Macias Gutierrez Moyano
            Bosque de Magnolias 23

        Colonia Bosques de las Lomas
        Alcaldía Miguel Hidalgo
        11700, Mexico City, Mexico
        Telephone: 044 55 32 23 95 59
        Email: luismacisgm@gmail.com

ii.   José Maria Abascal Zamora
      Romualdo Segovia Serrano
      Héctor Flores Senties
      Paulina Ivette Sandoval Jimenez
      Fernando Rivera Castro
      ABASCAL FLORES & SEGOVIA
      Margaritas 426 Piso 3 ala Izquierda
      Ex Hacienda Guadalupe Chimalistac
      Alcadia Alvaro Obregon
      01050 Mexico City, Mexico
      Telephone: +52 (55) 9135 0145
      Email: jma@abascalsegovia.com
      Email: romualdo.segovia@abascalsegovia.com
      Email: hector.flores@abascalsegovia.com
      Email: paulina.sandoval@abascalsegovia.com
      Email: fernando.rivera@abascalsegovia.com

iii.  Attorney Alfredo Kuri,
      Kuri Diez de Bonilla y Asociados, S.C.
      Avenida Prado Norte 125-Piso 3, Interior 301,
      11000 Mexico City, Mexico
      Telephone: +52 1 (55) 5531-2125
      Email: akuri@diezdebonilla-kuri.com.mx

                SO ORDERED:

                _____
                Dale E. Ho
                United States District Judge
                Dated: March 26, 2025
                New York, New York

The Clerk of Court is respectfully directed to terminate ECF No. 22.