UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO CREDIT SUISSE (MEXICO), S.A. and CASA DE BOLSA CREDIT SUISSE (MEXICO), S.A. DE C.V.,

        Petitioners,

-against-

LUIS MACÍAS GUTIÉRREZ MOYANO,

        Respondent.

---

Case No. 25 Civ. 01160 (DEH)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED:   That for the reasons stated in the Court's Memorandum Order, entered on October 20, 2025 [ECF 33], Petitioners' Petition to confirm the arbitration award is GRANTED as follows:  The Clerk of the Court is directed to enter judgment in favor of Petitioners in the amount of $179,317.40, the outstanding balance due under the Award. Pre-judgment interest will accrue from the time of the Award through the date of this Judgment at the statutory rate pursuant to N.Y. C.P.L.R. § 5004 amounting to $12,822.42 in pre-judgment interest as of November 3, 2025. Post-judgment interest will accrue from the date of this Judgment until paid at the statutory rate pursuant to 28 U.S.C. § 1961. Accordingly, the case is closed.

Dated: New York, New York
       November 3, 2025

BY: _____

       **Dale E. Ho**
       **United States District Judge**